## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BRIGHTVIEW GROUP, LP,    *
             *
  Plaintiff,       *
             *
   v.        * Case No. SAG-21-3027
             *
MICHAEL P. GLYNN,     *
             *
  Defendant.      *
             *

* * * * * * * * * * * * * *

### MOTION OF BRIGHTVIEW GROUP, LP
### FOR LEAVE TO FILE SURREPLY

Pursuant to Local Rule 105.2.a, Plaintiff Brightview Group, LP respectfully moves for leave to file a short surreply to address a new argument presented by Defendant Michael P. Glynn in his Reply in Support of His Motion to Dismiss [ECF 13]. Having argued in his opening brief that he should be deemed in privity with Andrew M. Teeters, Ross T. Dingman, and Monarch Communities LLC, while declining to address the Supreme Court's narrow exceptions to the rule against nonparty preclusion as established in *Taylor v. Sturgell*, 553 U.S. 880 (2008), Glynn's reply for the first time attempts to distinguish *Taylor*. Glynn argues that *Taylor* does not apply and that an unidentified, nebulous, and much broader concept of privity should guide the Court's claim splitting analysis.

Glynn's citation to new cases prejudices Brightview by denying it an opportunity to explain why these cases do not control. Good cause therefore exists for the Court to grant Brightview's motion and permit the filing of a short surreply

778358

addressing the privity issue only. *See Stewart v. Jayco, Inc.*, No. ELH-16-3494, 2017 WL 193296, at *3 (D. Md. Jan. 18, 2017) (Hollander, J.) ("A surreply may be permitted when the party opposing the underlying motion 'would be unable to contest matters presented to the court for the first time in the [movant's] reply.'" (alteration in original) (citation omitted)); *see also Faddis Concrete, Inc. v. Brawner Builders, Inc.*, No. ELH-15-3975, 2017 WL 4098739, at *2 (D. Md. Sept. 15, 2017) (Hollander, J.) (granting motion for leave to file surreply); *Planet Aid, Inc. v. Reveal, Ctr. for Investigative Reporting*, No. GLR-16-2974, 2017 WL 2778825, at *3 (D. Md. June 26, 2017) (Russell, J.) (same); *Fitch v. Solipsys Corp.*, 94 F. Supp. 2d 670, 671 n.1 (D. Md. 2000) (Davis, J.) (same).

A copy of Brightview's proposed surreply is appended as Exhibit 1 to this motion.

WHEREFORE, Brightview respectfully requests that the Court grant its motion and direct the Clerk to docket Brightview's proposed surreply.

2

778358

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

_/s/ Mark S. Saudek_
Mark S. Saudek (Bar # 23963)
Joseph C. Dugan (Bar # 19637)
218 North Charles Street, Suite 400
Baltimore, MD 21201
t: (410) 727-7702
f: (410) 468-2786
msaudek@gejlaw.com
jdugan@gejlaw.com

_Attorneys for Plaintiff Brightview Group, LP_

Date:  March 5, 2022

3

778358